FILED & ENTERED

DEC 01 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| Yoram Talasazan | Case No.: 1:16-bk-11671-MT<br>Adv No:   1:16-ap-01119-MT |
| Debtor(s). | |
| Moeir Moussighi, Hanrit Moussighi, Moeir and Hanrit Moussighi dba Roll Tex | |
| Plaintiff(s), | **JUDGMENT FOLLOWING TRIAL** |
| v. | |
| Yoram Talasazan | |
| Defendant(s). | |

For the reasons stated by the Court in the *Findings of Fact and Conclusions of Law Following Trial*, ad. ECF doc. 181,

**IT IS HEREBY ORDERED** that Plaintiffs Moeir and Hanrit Moussighi shall have a nondischargeable judgment against Defendant Yoram Talasazan for defalcation while acting in a fiduciary capacity under 11 U.S.C. § 523(a)(4) for damages awarded

-1-

pursuant to a state court judgment in the amount of $779,841.  The total award of $779,841 includes the amount $298,091, which is awarded with interest at the rate of 10% per annum running from August 1, 2008, and $481,750, which is awarded with interest at the rate of 10% per annum from March 24, 2009, until the nondischargeable judgment is paid.  See *Findings of Fact and Conclusions of Law Following Trial*, 43:3-7, ad. ECF doc. 181.

**IT IS FURTHER ORDERED** that judgment is entered for Defendant Yoram Talasazan for all causes of action under 11 U.S.C. § 727.

###

Date: December 1, 2021

Maureen A. Tighe
United States Bankruptcy Judge

-2-